# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Littlefield, Jr., Robert E. | Albany, New York | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

James T. Foley U. S. Courthous
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated ▉ trust) | GBL Irrevocable Trust. (Trust #1) Please see Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CRBBA | 10/25/19-10/26/19 | Cooperstown, NY | speaker | hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Notre Dame Federal Credit Union | college tuition loan - ▮ responsibility | K |
| 2. First Service | college tuition loan - ▮ responsibility | None |
| 3. First Service | law school tuition - ▮ responsibility | L |
| 4. Nelnet | tuition- ▮ responsibility | L |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Private Bank NA. | A | Dividend | K | T | | | | | |
| 2. Exxon Mobil Oil Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock (IBM) | A | Dividend | J | T | | | | | |
| 4. GE Common Stock (GE) | A | Dividend | J | T | | | | | |
| 5. Invest Co. AM Mutual fund | A | Dividend | K | T | | | | | |
| 6. Cisco Systems Common Stock (CSCO) | A | Dividend | J | T | Sold (part) | 06/27/19 | J | | |
| 7. Intel. Corp. Common Stock (INTC) | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | Sold (part) | 06/27/19 | J | | |
| 9. Amgen, Inc. Common Stock (AMGN) | A | Dividend | J | T | | | | | |
| 10. Pfizer Common Stock (PFE) | A | Dividend | J | T | | | | | |
| 11. Ishares Index Fund (IWR) | A | Dividend | J | T | | | | | |
| 12. IsharesMidcap Index Fund (EFA) | A | Dividend | J | T | | | | | |
| 13. Chevron Corp Common Stock (CVX) | A | Dividend | J | T | | | | | |
| 14. Coca-Cola Common Stock (KO) | A | Dividend | J | T | | | | | |
| 15. Merck Common Stock (MRK) | A | Dividend | J | T | | | | | |
| 16. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | Sold (part) | 06/27/19 | J | | |
| 17. Apple Computer Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Altria Group, Inc. Common Stock (MO) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 19. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | | | | | |
| 20. DowDupont Common Stock (DWDP) Please see Part VIII | A | Dividend | J | T | | | | | |
| 21. Dow Inc. (DOW) | A | Dividend | J | T | Spinoff (from line 20) | 04/04/19 | J | | |
| 22. Dupont De Nemours (DD) Please see Part VIII | A | Dividend | J | T | | | | | |
| 23. Verizon Common Stock (VZ) | A | Dividend | J | T | | | | | |
| 24. Assured Guaranty Muni Hldgs 6.875% (AGO.B) | A | Dividend | J | T | | | | | |
| 25. Berkshire Hathaway CL-B (BRK'B) | | None | J | T | | | | | |
| 26. Nextera Energy, Inc. (NEE) | A | Dividend | J | T | | | | | |
| 27. Trust #1 Real Property Albany County NY SEE PART VIII | | None | N | Q | | | | | |
| 28. Ishares JP Morgan EM Bond Fd (EMB) | A | Dividend | J | T | | | | | |
| 29. Tortoise Mlp Fund Inc (NTG) | A | Dividend | J | T | | | | | |
| 30. Vanguard Reit Etf (VNQ) | A | Dividend | J | T | | | | | |
| 31. Teton Westwood Mighty Mites I (WEIMX) | A | Dividend | J | T | | | | | |
| 32. Locorr Market Trend 1 (LOTIX) | A | Dividend | J | T | | | | | |
| 33. Assured Guaranty Muni Hldgs 6.250% (AGO.E) | A | Dividend | J | T | | | | | |
| 34. General Motors Common Stock (GM) | A | Dividend | J | T | Sold (part) | 09/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 36.   Royal Dutch Shell Common Stock (RDS'A) | A | Dividend | J | T | | | | | |
| 37.   Tortoise Energy Infra (TYG) | A | Dividend | J | T | | | | | |
| 38.   Allianzgi Structured Return A (AZIAX) | A | Dividend | J | T | | | | | |
| 39.   Allianzgi Structured Return P (AZIPX) | A | Dividend | J | T | Spinoff<br>(from line 38) | 02/15/19 | J | | |
| 40.   Principal GLB Multi Strategy A (PSMIX) | A | Dividend | J | T | | | | | |
| 41.   American Beacon AHL MNDG FUT STR Y<br>(AHLYX) | A | Dividend | J | T | | | | | |
| 42.   Dreyfus Standish GLB FIX INC I (SDGIX)<br>Please see Part VIII | A | Dividend | J | T | | | | | |
| 43.   Bny Mellon GLB FIXED INC I (SDGIX)<br>Please see Part VIII | A | Dividend | J | T | | | | | |
| 44.   Invesco Balanced-Risk Alloc Y (ABRYX) | A | Dividend | J | T | | | | | |
| 45.   AQR Long-Short Equity (QLEIX) | A | Dividend | J | T | Sold<br>(part) | 12/31/19 | J | | |
| 46.   Ishares Global Financials ETF (IXG) | A | Dividend | J | T | | | | | |
| 47.   SPDR Gold TR Gold SHS (GLD) | A | Dividend | | | Sold<br>(part) | 06/27/19 | J | | |
| 48. | | | | | Sold | 09/11/19 | J | | |
| 49.   Oracle Corp Common Stock (ORCL) | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 50.   Abbey Cptl Futures Strategy 1 (ABYIX) | A | Dividend | J | T | Buy | 06/28/19 | J | | |
| 51.   Schlumberger Ltd Common Stock (SLB) | A | Dividend | J | T | Buy | 03/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Gabelli Gold I (GLDIX) | A | Dividend | J | T | Buy | 11/04/19 | J | | |
| 53.   Nuveen Equity Long/Short I (NELIX) | | None | J | T | Buy | 12/31/19 | J | | |
| 54.   Nuveen Equity Market Neutral I (NIMEX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 55.   Key Bank Checking Account (X) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I Line 1 and Part VII Line 25- Trust #1 created 6/25/10. Online appraisal dated 5/10/11. Value has been in "N" range since trust inception.

2) Part VII Lines 20, and 22- DD created by an exchange with DWDP on 6/3/19. Stock symbol DWDP is no longer utilized.

3) Part VII line 43 is a name change with line 42..

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert E. Littlefield, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544